UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| KRISTIN PAVON,<br><br>   Plaintiff,<br><br> vs.<br><br>JAMES BRYANT, and JBR TRANSPORT, LLC,<br><br>   Defendants. | 4:22-CV-04061-CCT<br><br>**JUDGMENT OF DISMISSAL** |

On August 20, 2024, the parties filed a Stipulation of Dismissal with Prejudice, Doc. 27. Based on the request of the parties, it is

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

Dated 8/20/2024.

            BY THE COURT:

            /s/ *Camela C. Theeler*
            CAMELA C. THEELER
            UNITED STATES DISTRICT JUDGE